**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| SIERRA CLUB,<br><br>*Petitioner*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; SOPHIE SHULMAN, in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; and PETE BUTTIGIEG, in his official Capacity as Secretary of the U.S. Department of Transportation,<br><br>*Respondents*. | ) | Case No. 24-1215 |

## PETITION FOR REVIEW

In accordance with 49 U.S.C. § 32909(a)(1), Federal Rule of Appellate Procedure 15, and D.C. Circuit Rule 15(a)(1), Petitioner Sierra Club hereby petitions this Court for review of the final action taken by Respondent National Highway Traffic Safety Administration entitled "Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond" (attached hereto), published at 89 Fed. Reg. 52,540 (June 24, 2024).

Respectfully submitted,
/s/ Joshua Berman

JOSHUA BERMAN
Senior Attorney
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

VERA PARDEE
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of this Petition for Review to be served on June 24, 2024, by hand on the following address, which is common to both the National Highway Traffic Safety Administration and the U.S. Department of Transportation:

1200 New Jersey Avenue SE
Washington DC 20590

/s/ Joshua Berman
Joshua Berman
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org